UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN D. BETTY,

    Petitioner,                                                                     Case No. 04-cv-60063
                                                                               Hon. Matthew F. Leitman

v.

MILLICENT WARREN,

    Respondent.
_____/

**ORDER GRANTING RESPONDENT'S MOTION TO QUASH (ECF No. 14)**

    Petitioner Quentin Betty is a state prisoner in the custody of the Michigan Department of Corrections. In April 2004, Betty filed a petition for a writ of habeas corpus in this Court. (*See* Pet., ECF No. 3.) On September 28, 2005, the Court dismissed the petition as untimely filed, entered judgment against Betty, and closed this case. (*See* Order and Judgment, ECF No. 13.)

    More than 15 years later, using this case number, Betty served a subpoena on Michigan Secretary of State Jocelyn Benson seeking the oaths of office for a number of Michigan state judges. (*See* Subpoena, ECF No. 14-1.) Respondent has now moved to quash the subpoena. (*See* Mot. to Quash, ECF No. 14.) Betty has not filed any response to the motion. The Court has reviewed the motion and concludes that it should be granted.

1

Accordingly, for the reasons explained above, and for the reasons stated in Respondent's motion to quash, the motion to quash (ECF No. 14) is **GRANTED** and Betty's subpoena is **QUASHED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  February 8, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 8, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126